# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: 15-4276MCA | | USA vs.: MARTINEZ | |
| Date: 7/26/16 | | Name of Deft: MATTHEW MARTINEZ | |
| Before the Honorable | Robert A. Junell, United States District Judge | | |
| Time In/Out: 10:26am-10:52am | | Total Time in Court (for JS10): 26 minutes | |
| Clerk: C. Bevel | | Court Reporter: J. Goehl | |
| AUSA: Shana Long | | Defendant's Counsel: Angela Arellanes | |
| Sentencing in: Albuquerque | | Interpreter: N/A | |
| Probation Officer: Danielle Padilla | | Interpreter Sworn?   Yes    No | |
| Convicted on: **X** Plea   Verdict | | As to:   Information   **X** Indictment | |
| If Plea: **X** Accepted   Not Accepted | | Adjudged/Found Guilty on Counts: Count 3 | |
| If Plea Agreement: **X** Accepted   Not Accepted   No Plea Agreement | | Comments: | |
| Date of Plea/Verdict: 3/21/16 | PSR:   Not Disputed **X** Disputed | **X** Courts adopts PSR Findings | |
| Evidentiary Hrg: **X** Not Needed   Needed | | Exceptions to PSR: Objection to maintaining premises overruled. | |

### SENTENCE IMPOSED

| | |
|---|---|
| Imprisonment (BOP): | 70 months |
| Supervised Release: 3 years | Probation: |
| REC **X** 500-Hour Drug Program   BOP Sex Offender Program   Other: | |
| ICE   Court recommends ICE begin removal proceedings immediately or during service of sentence   ICE not applicable | |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for    months    days |
| | Comply with ICE laws and regulation | | Community service for    months    days |
| **X** | Participate in/successfully complete subst abuse program/testing | | Reside halfway house    months    days |
| **X** | Participate in/successfully complete mental health program | | Register as sex offender |
| **X** | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| **X** | Refrain from use and possession of synthetic cannabinoids, etc. | | No loitering within 100 feet of school yards |
| **X** | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | **X** | Participate in an educational or vocational program approved by the Probation Officer |
| **X** | OTHER: No contact with any gang member during term of supervised release. | | |

| | | | |
|---|---|---|---|
| Fine: $ 0 | | Restitution: $ 0 | |
| SPA: $ 100.00 | | Payment Schedule: **X** Due Immediately   Waived | |

OTHER: $2,000 money judgment pursuant to plea agreement.

| | | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | | Englewood Colorado, or Safford Arizona |
| **X** | Dismissed Counts: | | Counts 1 & 2 of Indictment dismissed. |

OTHER COMMENTS: Defendant addresses Court. Ms. Arellanes requests downward variance.