FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUL 2 6 2016

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 15-4276 MCA |
| | ) | |
| MATTHEW MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS COUNTS 1 AND 2 OF INDICTMENT WITHOUT PREJUDICE

Pursuant to Rule 48, Fed. R. Crim. P., the United States respectfully moves the Court to dismiss Counts 1 and 2 of the Indictment in this case, without prejudice, against defendant Matthew Martinez, and in support states as follows:

On March 21, 2016, defendant Matthew Martinez pled guilty to Count 3 of the Indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), that being Distribution of Heroin.

Pursuant to the plea agreement, the United States has agreed to dismiss Counts 1 and 2 of the Indictment as to defendant Matthew Martinez upon sentencing, and sentencing having taken place, the United States requests that the Court dismiss Counts 1 and 2 of the Indictment without prejudice against defendant Matthew Martinez in the above-referenced cause.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

SHANA B. LONG
Assistant United States Attorney
P.O. Box 607
Albuquerque, N.M. 87103
(505) 346-7274

I HEREBY CERTIFY that I tendered a copy of this
motion on defense counsel in open court.

_____

SHANA B. LONG
Assistant U. S. Attorney